IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02259-WYD-KMT

EDWARD J. PROSTIC; and
MERRY PROSTIC,

    Plaintiffs,

v.

TOM SHARKEY, d/b/a TOM SHARKEY & ASSOCIATES, LTD.,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice (docket #38), filed June 26, 2008. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and this matter should be **DISMISSED WITH PREJUDICE**. Accordingly, it is

ORDERED that the parties' Stipulation for Dismissal With Prejudice (docket #38), filed June 26, 2008, is **APPROVED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated: June 27, 2008

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge